IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, *Plaintiff,* | § § § § | *Civil Action No.* 4:25-CV-00413-CDL |
| *v.* | § § | |
| MATTHEW B. PURSCHE, *et al.,* *Defendants.* | § § § | |

## ORDER FOR DEFAULT JUDGMENT

The Court has considered the Motion for Default Judgment filed by the plaintiff PennyMac Loan Services, LLC (the "Plaintiff") on the 1st of April 2026 and finds as follows:

1.    Matthew B. Pursche and Krystal L. Pursche made, executed, and delivered that one certain note dated the 15th of April 2022 in the amount of $476,560.00 (the "Note").

2.    Matthew B. Pursche and Krystal L. Pursche made, executed, and delivered that one certain security deed dated the 15th of April 2022, which was filed and recorded on the 21st of April 2022 in the official real property records of Muscogee County, Georgia, at Book 13818, Page 120 (the "Security Deed") to secure the Note with that certain property with the reported mailing address of 7355 Mckee Road, Upatoi, Georgia 31829 (the "Property"), to wit:

All that lot or tract of land lying and being in Muscogee County, Georgia; being known and shown as All of Lot Numbered One (1), Cedar Lake Subdivision as said property is shown on a survey recorded at Plat Book 140, Page 110 and Plat 144, Page 43 in the Office of the Clerk of the Superior Court of Muscogee County, Georgia; together with a perpetual easement over "G" as shown on said plat. Subject to all applicable restrictions, covenants, easements and rights of way affecting said property.

3. Plaintiff is the assignee of the Security Deed.

4. Payments on the Note and Secured under the Security Deed are due since the 1st of May 2025.

5. Plaintiff provided notice of the above-described default and of the opportunity to cure, yet said default persists, for which the total balance owing on the Note and secured under the Security Deed is $372,380.96 as of the 20th of March 2026. Further, said amount continues to accrue interest at the rate of 7.1250% *per annum*.

6. The Clerk of this Court entered default on Defendants Matthew B. Pursche and Krystal L. Pursche on the 13th of March 2026.

7. Defendant the United States of America has stipulated to its treatment herein. Doc. 11.

8. This Court has jurisdiction to render this judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT the Plaintiff's Motion for Default Judgment is hereby GRANTED and that the Court orders the Clerk to enter judgment in favor of the Plaintiff against Defendants

Matthew B. Pursche and Krystal L. Pursche owe a debt that is secured under contract by the Property and that said debt SHALL be recovered and satisfied via judicial foreclosure sale of the Property. As of the 20th of March 2026, the total debt charged to the Property is at least $372,380.96, not including eligible post-judgment interest or costs. Said debt SHALL continue to accrue interest at the contract rate of 7.1250% *per annum* until a foreclosure sale of the Property. If, prior to foreclosure sale, Plaintiff is required to advance money to protect its interest in the Property, including but not limited to post-judgment advances for property taxes and insurance, property preservation costs, post-judgment attorney's fees and costs, and post-judgment bankruptcy fees and costs, the Plaintiff or its representative SHALL certify such amounts by affidavit to the Clerk, and the amount adjudged herein SHALL be increased by the amount of such advances.

IT IS FURTHER ORDERED that a representative of the United States Marshal's Service SHALL, in full satisfaction of the sums adjudged in this Order, sell the Property at a public auction to the highest bidder for cash according to the terms and conditions set forth below:

a. The public auction SHALL be held in the designated location for foreclosure sales in Muscogee County, Georgia;

b. The public auction SHALL occur on or after the 2nd of June 2026, with the sale date being determined at the discretion of the United States

Marshal's Service;

c.  Upon receipt of the sale date from the US Marshal's Service, Plaintiff SHALL send, via USPS certified mail, return receipt requested, a Notice of Sale indicating the date, time, place, and manner of the public auction to:

> **Matthew B. Pursche and Krystal L. Pursche**
> 2843 Cane Street
> Pompeys Pillar, MT 59064
>
> **Matthew B. Pursche and Krystal L. Pursche**
> P.O. Box 92
> Pompeys Pillar, MT 59064
>
> **U.S. Department of Veterans Affairs**
> 810 Vermont Ave NW
> Washington, DC 20420
>
> **U.S. Attorney General**
> 950 Pennsylvania Avenue NW
> Washington, DC 20530
>
> **Civil Process Clerk**
> US Attorney's Office, Middle District of GA
> 300 Mulberry Street, 4th Floor
> P.O. Box 1702
> Macon, GA 31202

d.  Plaintiff SHALL also announce the date, time, place and manner of the public auction in the legal organ of Muscogee County, Georgia, for four (4) consecutive weeks prior to the date of the public auction.    These advertisements SHALL contain sale date, time, and location, as well as

the Property's address and legal description;

e. Plaintiff SHALL be responsible for payment of the expenses associated with administering the public auction, and the United Sates Marshal's Service SHALL have the right to deduct out of the proceeds of the foreclosure sale its reasonable fees for conducting said sale;

f. If Plaintiff is the successful bidder, its bid **SHALL** constitute a credit against the amount owed by Defendants Matthew B. Pursche and Krystal L. Pursche under the Note; and

g. Upon confirmation and receipt of the full purchase price of the sale, the United States Marshal's Service SHALL execute and deliver a deed conveying the Property "as is" to the successful bidder.

IT IS FURTHER ORDERED that the Clerk of this Court SHALL issue a Writ of Execution, pursuant to Federal Rule of Civil Procedure 70, authorizing the United States Marshal's Service to carry out the foreclosure sale as described herein.

IT IS FURTHER ORDERED that the United States Marshal's Service SHALL distribute from the proceeds of the sale, as far as they are sufficient, and after the United States Marshal's Service has deducted its reasonable fees for conducting the sale, the amount adjudged herein in favor of the Plaintiff to the Plaintiff or its legal counsel, and, should any funds remain thereafter, the appropriate portion of

the funds should be paid to the U.S. Department of Veterans Affairs in satisfaction of any and all amounts due and owing under that certain partial claim security deed executed by Defendants Matthew B. Pursche and Krystal L. Pursche and recorded in the official real property records of Muscogee County, Georgia, on the 13th of May 2024, at Deed Book 14405, Page 252. Any balance remaining after said payments SHALL be delivered to the Clerk of this Court, who SHALL hold any such balance until further order of the Court.

So ORDERED and signed on this 3rd day of April, 2026

S/Clay D. Land

**CLAY D. LAND**
**U.S. DISTRICT JUDGE**